UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ABRAHAM JOHN PUSA,<br><br>          Plaintiff,<br><br>     v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>          Defendants. | No. CV 13-04658 BRO (PLAx)<br><br>**JUDGMENT**<br><br>**[Fed. R. Civ. P. 56]** |

/ / /

/ / /

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting the Motion for Summary Judgment of the Federal Bureau of Investigation filed March 30, 2015 (Docket #88), and the Order Granting the Motion for Summary Judgment of the Department of Justice and U.S. Attorney's Office filed April 21, 2015 (Docket #94),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of defendants Federal Bureau of Investigation, United States Attorney's Office, and U.S. Department of Justice on Plaintiff's Complaint, and this action be DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated:  May 26, 2015

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge